AO 91 (Rev. 11/11)  Criminal Complaint

CLERK'S OFFICE
A TRUE COPY
May 07, 2026
s/ MMK
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.    26-MJ-69 |
| Nobuaki Jesus Lara WATAY (DOB: 12/13/1994) | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

1:26MJ39 ML

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____9/3/2025-12/11/2025_____ in the county of __Milwaukee and Waukesha__ in the
___Eastern___ District of _____Wisconsin_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 371, 2314, and 1956(h), and Title 8, United States Code, Section 1324(a)(1)(A)(iii),(v)(I-II) | Conspiracy to Violate the Laws of the United States, Interstate Transportation of Stolen Property, Money Laundering Conspiracy, Harboring Aliens |

This criminal complaint is based on these facts:

See the attached Affidavit.

☑ Continued on the attached sheet.

BRANDON AMERINE    Digitally signed by BRANDON AMERINE
Date: 2026.05.07 12:07:39 -05'00'

_____
*Complainant's signature*

Brandon Amerine, Special Agent (FBI)
_____
*Printed name and title*

Sworn via telephone; transmitted via email
pursuant to Fed. R. Crim. 4.1

Date:    05/07/2026

_____William E. Duffin_____
*Judge's signature*

City and state:    Milwaukee, Wisconsin

William E. Duffin, U.S. Magistrate Judge
_____
*Printed name and title*

FILED USDC FLND GV
MAY 7'26 PM4:57