## AFFIDAVIT IN SUPPORT OF AN APPLICATION
## FOR A CRIMINAL COMPLAINT

I, Brandon Amerine, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.    I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since May 2019. I am currently assigned to the Milwaukee Field Office, Homeland Security Task Force ("HSTF"). The primary mission of the HSTF is to identify, investigate, disrupt, and dismantle transnational criminal organizations and their associates operating in communities in and around the greater area of Milwaukee. My responsibilities include the investigation of possible violations of federal law, including weapons trafficking, narcotics trafficking, human trafficking, money laundering, conspiracy to commit offenses or to defraud the United States, interstate transfer of stolen goods, the sale of said stolen goods, bank fraud, and aggravated identity theft.

2.    As an FBI Special Agent, I have participated in a wide variety of federal investigations and debriefed or participated in the debriefings of defendants, informants, and witnesses. I have participated and conducted physical and electronic surveillance, analyzing telephone toll information obtained through subpoenas, analyzing information obtained through court-ordered pen registers and trap and trace intercepts, overseeing the activities of and debriefing informants, and executing arrest and search warrants including search warrants of historical cell site location information. I have also conducted federal investigations into the use of fraudulent identifications, bank fraud, money laundering, and wire fraud, as well as burglaries, robberies, and other violent crimes.

3.    The facts in this affidavit come from my participation in this investigation, personal observations, my training and experience, and information obtained from other agents and



witnesses. This affidavit is intended to show merely that there is probable cause for the requested criminal complaint and does not set forth all of my knowledge about this matter.

4.      Based on the facts set forth in this affidavit, there is probable cause to believe that Nobuaki Jesus Lara WATAY ("WATAY") (DOB: 12/13/1994) has committed, or aided and abetted, violations of Title 18, United States Code, Sections 371 (conspiracy to violate the laws of the United States), 2314 (interstate transportation of stolen property), and 1956(h) (money laundering conspiracy), and Title 8, United States Code, Section 1324(a)(1)(A)(iii), (v)(I-II) (harboring aliens).

## PROBABLE CAUSE

5.      The United States, including the Federal Bureau of Investigation ("FBI"), Homeland Security Investigations ("HSI"), and Internal Revenue Service ("IRS"), working together as part of the Milwaukee Homeland Security Task Force ("HSTF"), are jointly conducting an investigation into a South American Theft Group ("SATG") based out of Santiago, Chile with co-conspirators based in the greater Miami and Gainesville, Florida areas. One of those co-conspirators is WATAY, who has facilitated multiple residential burglaries committed in 2025 in the Eastern District of Wisconsin, Western District of Wisconsin, and District of Minnesota by other co-conspirators, including Luciano Alexis Silva CIFUENTES ("CIFUENTES"), Enjerbet Alejandro Rojas SILVA ("SILVA"), Leandro Felipe Pino URIBE ("URIBE"), and others known and unknown.

6.      As described below, the Milwaukee HSTF has identified approximately fifteen different burglaries and attempted burglaries across Wisconsin, Minnesota, and Florida with an estimated loss of approximately $1 million committed by this SATG. WATAY is a Venezuelan national living in Gainesville, Florida. During the course of this conspiracy, WATAY was a main

2

point of contact who has booked Airbnb, Inc. ("Airbnb") rental properties for the burglary crews, posted bail funds, and facilitated financial transactions with his co-conspirators using his personal and business bank accounts.

## Burglaries and Transport of Stolen Property Across State Lines

7.     On December 11, 2025, the Waukesha County Sheriff's Department ("WCSD") arrested CIFUENTES, SILVA, and URIBE, following an investigation into a burglary that had occurred on October 17, 2025 at W2XX N3XXX[1] Lost Creek Court, Delafield, Wisconsin, in which the victims reported the loss of approximately 100 pieces of jewelry, with an estimated value of $175,000 to $200,000.

8.     Case agents identified several other burglaries in Waukesha and Ozaukee Counties in the Eastern District of Wisconsin with the same or similar modus operandi. Using that information, the WCSD obtained a warrant for tower dump information from cellular service providers in the areas of the reported burglaries. T-Mobile produced records which identified International Mobile Subscriber Identifiers ("IMSI") that were present in the area, at the relevant times, of the Delafield burglary on October 17 and of a burglary the day prior, October 16, 2025, at 101XX N. Hunt Club Court, Mequon, Wisconsin. WCSD then obtained historical location data for the target IMSIs, as well as subscriber information for the Apple accounts associated with the IMEI numbers that law enforcement had tied to the IMSIs through the provider records.

9.     From this information (and from physical devices seized during the investigation, described further below), case agents identified the users of the devices tied to the burglaries, including CIFUENTES (device IMSI ending *6195) and SILVA (device IMSI ending *0125).

---

[1] The full addresses of the residences listed in the affidavit are known to law enforcement, but are not included in full to protect the identity and safety of the victims.

3

10.     WCSD then began the warrant-authorized collection of prospective location information for the devices tied to CIFUENTES and SILVA. On December 10, 2025, the devices left Florida heading north. Flock cameras observed a red Dodge Durango (Florida: DW01LC) traveling in concert with the devices. The devices, and the Durango, continued to travel north, and on December 11, 2025, the WCSD located the Durango in Waukesha County and conducted a traffic stop of the vehicle. The Durango had three occupants: CIFUENTES, SILVA, and URIBE, all Chilean nationals. Four phones were seized, one iPhone from each of the three men, and one Samsung Galaxy located on the floor of the Durango. The Durango also contained burglars' tools, including a Dewalt Sawzall, Sawzall blades, window punches, and radio antennas consistent with those used with Wi-Fi signal jammers to disrupt Wi-Fi connections and security system equipment.

11.     All three subjects were charged with state crimes in Waukesha County Circuit Court. On April 13, 2026, URIBE pled guilty to possession of burglarious tools, in violation of Wisconsin Statutes 943.12 and 939.05, and was sentenced to time served. URIBE was then charged by federal criminal complaint in Case No. 26-882 in the United States District Court for the Eastern District of Wisconsin with violations of 18 U.S.C. §§ 371, 2314, and 2315. CIFUENTES and SILVA are scheduled for plea and sentencing in Waukesha County Circuit Court on May 13, 2026.

12.     The location history associated with CIFUENTES's and SILVA's devices, from the provider records, showed routine travel back and forth between Florida and the Midwest starting by at least September 2025. According to the WCSD, which has reviewed historical location data for URIBE's phone number, URIBE's device traveled in concert with CIFUENTES's and SILVA's devices back and forth from Florida to the Midwest starting around November 2025.

4

13. The historical location data shows the target devices (or some combination) in the area of approximately fifteen burglaries or attempted burglaries in Wisconsin and Minnesota. Law enforcement recovered numerous photos from CIFUENTES's and SILVA's devices, time-stamped around times relevant to known burglaries and geo-stamped around the burglary locations and in Florida, that show the co-conspirators posing with jewelry and other valuables. Victims of several of the burglaries have identified their property in the photos.

14. For example, with respect to the October 17, 2025, burglary of W2XX N32XX Lost Creek Court, Delafield, Wisconsin, described above, during which the burglars stole government savings bonds, silver coins, and jewelry valued between $175,000 and $200,000, the location data for CIFUENTES's device revealed the following.

   a. On October 17, 2025, CIFUENTES's device was located at or around 43.078888, -87.883692, in the area of 2028 East Newport Avenue, Milwaukee, Wisconsin (associated with an Airbnb rental, described below) at approximately 9:01 a.m.; at or around 43.079402, -88.322064, W2XX N32XX Lost Creek Court, Delafield, Wisconsin between approximately 7:00 p.m. and 8:20 p.m.; at or around 43.079599, -87.884442, 2028 East Newport Avenue, Milwaukee, Wisconsin at approximately 9:07 p.m.

   b. On October 19, 2025, CIFUENTES's device was located at or around 28.276023, -81.469422, near 4711 Hemingway House Street, Kissimmee, Florida at approximately 7:59 p.m. (associated with an Airbnb rental, described below).

15. As another example, with respect to the October 16, 2025, burglary of 101XX N. Hunt Club Court, Mequon, Wisconsin, described above, during which the burglars stole $5,550

worth of goods, including gold earrings, silver coins, U.S. currency, necklaces, and a purse, SILVA's device contained the following relevant photos.

a. On October 17, 2025 at approximately 9:41 p.m., SILVA's device contained a photo of various jewelry, jewelry boxes, and other items laid out on a bed. During an interview on March 9, 2026, the victim from the Hunt Club Court burglary confirmed that a necklace on the bed belonged to the victim's daughter.

b. On October 19, 2025, between approximately 9:50 p.m. and 10:10 p.m., multiple photos with GPS metadata at or around 28.276177, -81.469309, 4707 Hemingway House Street, Kissimmee, Florida, were recovered depicting SILVA taking selfies while wearing various jewelry items. The Hunt Club Court burglary victim confirmed that a watch, a ruby bracelet, and ruby ring depicted in the photo belonged to the victim and the victim's daughter.

**WATAY's Booking of Airbnb Stays to Facilitate the Burglaries**

16.     The investigation also revealed that the co-conspirators stayed in Airbnb short-term rentals in Wisconsin and Minnesota around the dates of the identified burglaries, and they stayed in longer-term rentals in Florida between burglaries. WATAY made Airbnb reservations for the burglars, with knowledge that the men would be using the rentals to facilitate their crimes.

17.     A review of CIFUENTES's seized device revealed numerous WhatsApp conversations between CIFUENTES and WATAY about Airbnb rentals. These conversations were conducted on WhatsApp between CIFUENTES's device, assigned call number 407-528-1751, and WATAY using both the WhatsApp messenger account linked to call number 561-451-5293 with corresponding name "Nobuaki Watay" (WATAY's WhatsApp -5293) and WhatsApp messenger account "TheBigMann" (78066047004848@lid) with telephone number 352-657-5918

6

("TheBigMann account"). The following paragraphs describe some of the identified rentals that facilitated burglaries and also facilitated the burglars' (who were, in fact, aliens) continued stay in the United States.

<u>Booking short-term rentals near burglary locations</u>

18.     On September 6, 2025, a burglary was committed at 19XX Glenhill Road, Mendota Heights, Minnesota. Phone records tie the co-conspirators to the burglary. Records provided by Airbnb show that 1550 7th Street West, St. Paul, Minnesota was rented by WATAY's Airbnb account using phone number 561-451-5293, with a start date of September 3, 2025, for 4 nights and 3 guests.

19.     On October 10, 2025, a burglary was committed at 50XX Interlachen Bluff, Edina, Minnesota. Phone records tie the co-conspirators to the burglary. CIFUENTES's seized device revealed WhatsApp conversations between CIFUENTES and WATAY about booking a rental for this trip. On October 7, 2025, CIFUENTES and WATAY communicated via WATAY's WhatsApp -5293 about booking an Airbnb located at 389 Charles Avenue, St. Paul, Minnesota. Later that day at approximately 6:12 p.m., CIFUENTES sent WATAY a picture containing an Ecuadorian identification with CIFUENTES's picture but with the name "Angel Esteban Lopez Zambrano" and a date of birth of April 18, 2000. Records provided by Airbnb show that 389 Charles Avenue, St. Paul, Minnesota 55103, was rented by Guest ID 43296121, under name "Rafael Cure," rafaelcure@yahoo.com, 1-786-720-9443, with a start date of October 8, 2025, for 4 nights and 3 guests. In later conversations with CIFUENTES, WATAY references having "Rafael" book Airbnbs.

20.     During the time period of the burglaries at 101XX N. Hunt Club Court, Mequon, Wisconsin on October 16, 2025, and at W2XX N32XX Lost Creek Court, Delafield, Wisconsin

on October 17, 2025, evidence from SILVA's seized device shows the men staying in the area of 2028 East Newport Avenue, Milwaukee, Wisconsin. Records provided by Airbnb show that 2028 East Newport Avenue, Milwaukee, Wisconsin, was rented by Guest ID 43296121, under name "Rafael Cure," rafaelcure@yahoo.com, 1-786-720-9443, with a start date of October 15, 2025 for 4 nights and 3 guests.

21.    On October 25, 2025, a burglary was committed at 12XX Culligan Lane, Mendota Heights, Minnesota. Phone records tie the co-conspirators to the burglary. Records provided by Airbnb show that 412 W 32nd Street, Minneapolis, Minnesota, was rented by Guest ID 43296121, under name "Rafael Cure," rafaelcure@yahoo.com, 1-786-720-9443, with a start date of October 23, 2025 for 3 nights and 3 guests.

22.    On December 6, 2025, a burglary was committed at 39XX Caribou Road, Verona, Wisconsin. Phone records tie the co-conspirators to the burglary. Records provided by Airbnb show that 5114 W Burnham Street, West Milwaukee, Wisconsin was rented using Rafael Cure's Airbnb account starting on December 3, 2025, for 5 nights and 3 guests. On December 2, 2025 at approximately 12:40 p.m., CIFUENTES a message to WATAY via TheBigMann account asking for the address, to which WATAY responded, "5114 West Burnham Street, West Milwaukee, Wisconsin 53219, United States," suggesting that WATAY had rented the Airbnb at CIFUENTES's request.

### Booking a longer-term rental in Florida

23.    On September 28, 2025, at approximately 3:07 p.m., CIFUENTES sent WATAY's WhatsApp -5293 a link to an Airbnb in Kissimmee, Florida and said: "Ese mi Hermano," which translates to "This one brother." WATAY's WhatsApp -5293 responded with "Ok, Hermano," which translates to "Ok, brother." WATAY's WhatsApp -5293 later sent CIFUENTES a

screenshot of an Airbnb booking confirmation for a "Townhouse in Kissimmee" from September 28, 2025, to October 8, 2025, for $962.10. WATAY also sent CIFUENTES a "Thank You" message and instructions from Airbnb for 4707 Hemingway House Street, Kissimmee, Florida 34746. The message was addressed, "Hi, Nobuaki, Thank you so much for booking with us! . . ."

24.     Records provided by Airbnb show that 4707 Hemingway House Street, Kissimmee, Florida was rented by Guest ID 308873178, which Airbnb identified as corresponding with subscriber information for "Nobuaki Watay" listing nobuakiw13@hotmail.com and 1-561-451-5293, with a start date of September 28, 2025, for 37 nights and 4 guests.

25.     Records from CIFUENTES's PNC Bank account under CIFUENTES's alias Leonardo M. Quispe Garcia show that on September 29, 2025, CIFUENTES sent a $950 payment to "Nobuaki Watay" via Zelle. Later that same day, WATAY's WhatsApp -5293 sent his address to CIFUENTES: "1015 nw 21st ave Gainesville fl 32609." Based on public records checks for Florida businesses, I know that this address is linked to WATAY and WATAY's business WL Express Services, LLC.

26.     On September 29, 2025, CIFUENTES messaged WATAY's WhatsApp -5293 and asked for marijuana and to extend the Airbnb rental to October 28, 2025. WATAY responded that the cost would be $2,085 which included the marijuana, the $100 CIFUENTES already owed him, and the Airbnb extension. CIFUENTES counteroffered for $2,000, and then WATAY and CIFUENTES agreed to everything for $2,050.

### Payments from CIFUENTES to WATAY

27.     Between the dates of September 10, 2025, and December 11, 2025, CIFUENTES, using his PNC Bank account under the name "LEONARDO QUISEPE GARCIA" (on which he

9

is the sole signor) sent approximately 21 electronic Zelle payments to "NOBUAKI WATAY" with linked email address of nobuakiwatay05@gmail.com totaling approximately $18,348.

28.    Between August 27, 2025, and October 14, 2025, CIFUENTES, using his PNC Bank account under the name "Leonardo Quisepe Garcia" sent approximately two electronic Zelle payments totaling approximately $1,540 to "Wl Express Services, Llc" with linked email address of altapinturajnk@hotmail.com. That email address, altapinturajnk@gmail.com, is also linked to WL Express Services, LLC, WATAY's business, as well as a Capital One bank account with name "Nobuaki Watay."

### Co-Conspirators' Illegal Status in the United States

29.    Travel and contact records from the United States Department of Homeland Security reveal the following.

    a.    WATAY was last admitted to the United States on September 27, 2017 on a B2 Visitor Visa. He was authorized to remain in the United States until March 26, 2018, but has remained in the United States beyond that date and overstayed his visa. WATAY has a pending benefit application with U.S. Citizenship and Immigration Services (USCIS) and holds a valid work authorization card. As of April 27, 2026, WATAY does not have any lawful immigration status.

    b.    Luciano Alexis SILVA CIFUENTES was last admitted to the United States on March 21, 2024 at the Miami International Airport Port of Entry. CIFUENTES was admitted on a 90-day Visa Waiver under the Visa Waiver Program (VWP). The VWP does not permit employment in the United States. He was authorized to remain in the United States until June 18, 2024, but has remained in the United States beyond that date, violated the terms, and overstayed his visa.

c. Enjerbet Alejandro ROJAS SILVA was last admitted to the United States on September 22, 2024 at the Miami International Airport Port of Entry. SILVA was admitted on a Visa Waiver under the VWP. He was authorized to remain in the United States until December 20, 2024, but has remained in the United States beyond that date, violated the terms, and overstayed his visa.

d. Leandro Felipe PINO URIBE was last admitted to the United States on November 28, 2024 at the Miami International Airport Port of Entry. URIBE was admitted on a Visa Waiver under the VWP. He was authorized to remain in the United States until February 25, 2025, but remained in the United States beyond that date, violated the terms, and overstayed his visa.

30. The record evidence suggests WATAY knew CIFUENTES did not have legal status in the United States: CIFUENTES told WATAY that he did not have a social security number, he sent WATAY an identification card with his photo and an alias name issued from a different country than where WATAY knew him to be from, and he paid WATAY from a bank account under a false name.

31. Evidence also suggests WATAY knew SILVA did not have legal status in the United States. In November 2025, SILVA was arrested in Hamilton County, Florida, and CIFUENTES contacted WATAY for assistance with bail money. WATAY sent a message to CIFUENTES warning that if "ICE" had already been notified of SILVA's arrest, agents could be waiting for him upon his release and that would be a problem. WATAY ultimately helped to post bail, but he distanced himself from the transaction by not posting the bail in his own name, but under the alias "Jesus Laya."

32.     Additionally, during a May 7, 2026, post-arrest interview with case agents, WATAY admitted that he knew the Chilean burglars, including CIFUENTES and SILVA, were not present in the United States legally.

### WATAY's May 7, 2026, Arrest and Interview

33.     On May 7, 2026, case agents arrested WATAY at his residence in Gainesville, Florida. FBI Special Agent Brandon Amerine interviewed WATAY. After being advised of his rights, WATAY, in substance and in relevant part, stated the following.

34.     WATAY identified photographs of CIFUENTES and SILVA, who he said he had met through a young woman "Camila" two years ago in Miami, Florida. "Camila," who was a Chilean nation who has since been deported, introduced CIFUENTES and SILVA as fellow Chilean nationals. WATAY said that CIFUENTES first asked him to rent Airbnbs for vacations in faraway locations, like Wisconsin and Minnesota. At some point, however, "Camila" told WATAY to stay away from CIFUENTES and SILVA because they were doing burglaries. At that point, WATAY obtained a new phone number through a messaging application, and used that number to establish TheBigMann WhatsApp account. WATAY also began asking another person named "Rafael" to begin renting Airbnbs for the burglars at WATAY's direction, because "Rafael" owed WATAY money and WATAY did not want to book the Airbnbs using his own account, after learning that CIFUENTES and SILVA were using them to commit burglaries. CIFUENTES and SILVA paid WATAY for the Airbnb rentals and provided WATAY with an extra 10%.

35.     WATAY also admitted that he knew that CIFUENTES and SILVA were in the country illegally, that he had posted SILVA's bail at the Hamilton County Jail, and that the money had been provided by CIFUENTES using a Peruvian alias.

## CONCLUSION

36.    Based on the foregoing, I submit that there is probable cause to believe that between September 3, 2025 and December 11, 2025, in the State and Eastern District of Wisconsin and elsewhere, WATAY, and others known and unknown, committed, or aided and abetted, violations of Title 18, United States Code, Sections 371 (conspiracy), 2314 (interstate transportation of stolen property), and 1956(h) (money laundering conspiracy), and Title 8, United States Code, Section 1324(a)(1)(A)(iii), (v)(I-II) (harboring aliens).

CLERK'S OFFICE
A TRUE COPY
May 07, 2026
s/ MMK
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 26-MJ-69 |
| Nobuaki Jesus Lara WATAY (DOB: 12/13/1994) | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

1:26 MJ 39 ML

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Nobuaki Jesus Lara WATAY (DOB: ▮▮▮▮▮),
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Violate the Laws of the United States, Interstate Transportation of Stolen Property, Money Laundering Conspiracy, and Harboring Aliens, in violation of Title 18, United States Code, Sections 371, 2314, and 1956(h), and Title 8, United States Code, Section 1324(a)(1)(A)(iii),(v)(I-II)

Date:     05/07/2026

_William E. Duffin_
Issuing officer's signature

City and state:     Milwaukee, Wisconsin

William E. Duffin, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
Arresting officer's signature

_____
Printed name and title

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:  Nobuaki Jesus Lara WATAY

Known aliases: _____

Last known residence:  1015 NW 21st Avenue, Apartment 119, Gainesville, Florida 32609

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth:  Venezuela

Date of birth:  ████████

Social Security number:  ████████

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____